■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO YOUNG, Appellant. [900 NYS2d 645]—Judgment, Supreme Court, New York County (Daniel FitzGerald, J.), rendered on or about February 19, 2008, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice. Concur—Saxe, J.P., Catterson, Renwick, Richter and Abdus-Salaam, JJ.

■ In the Matter of KEITH BOND, Petitioner, v RENA UVILLER, Respondent. [901 NYS2d 896]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Saxe, J.P., Catterson, Renwick, Richter and Abdus-Salaam, JJ.